IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEUTSCHE BANK NATIONAL** : | |
| **TRUST COMPANY** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **MARJER, INC.** : | **NO. 14-2422** |
| : | |

## ORDER

**AND NOW**, this 24th day of October, 2014, upon consideration of the Second Motion for Service Upon Defendant's Registered Address and Defendant's Attorney and to Extend Time to Effectuate Service (Document No. 6) and after oral argument, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

                                                         /s/ Timothy J. Savage
                                                       TIMOTHY J. SAVAGE,  J.